UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAMONT PETTUS,

                        Plaintiff,

        -against-

THE CITY OF NEW YORK, JOSEPH LAMASSA,
MARIANNA LOWENFELD, KAREN HILL,
JOHN DOE, JOHANNE MACOYOUX,
RICHARD M. BOYE, and MICHAEL SCARCELLA,

                      Defendants.
------------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
10-cv-1442 (CBA)

**AMON, Chief United States District Judge**.

    Plaintiff Lamont Pettus, *pro se*, brings this action pursuant to 42 U.S.C. § 1983 alleging that the defendants violated his civil rights by causing his arrest and prosecution in state and federal court for a crime he claims he did not commit. Defendant Karen Hill moved to dismiss the claims against her pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court referred this Motion to Magistrate Judge James Orenstein on December 22, 2010, *see* DE #47, and now has before it Judge Orenstein's Report and Recommendation.

    A District Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Wilds v. United Parcel Services, Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (internal citations and quotation marks omitted). Pettus has not filed objections to the R & R. The Court has reviewed the record

1

and, finding no clear error in Judge Orenstein's Report and Recommendation, hereby adopts it in its entirety.

Accordingly, Hill's Motion to Dismiss is granted. The Clerk of Court is directed to enter Judgment accordingly.

SO ORDERED.

Dated: Brooklyn, N.Y.
      September 23, 2011

                                            /s/
                                    Carol Bagley Amon
                                    Chief United States District Judge