UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAMONT PETTUS,

                              Plaintiff,

       -against-

THE CITY OF NEW YORK, JOSEPH LAMASSA,
MARIANNA LOWENFELD, KAREN HILL,
JOHN DOE, JOHANNE MACOYOUX,
RICHARD M. BOYE, and MICHAEL SCARCELLA,

                              Defendants.
------------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
10-cv-1442 (CBA)

**AMON, Chief United States District Judge**.

Plaintiff Lamont Pettus, *pro se*, brings this action pursuant to 42 U.S.C. § 1983 alleging that the defendants violated his civil rights by causing his arrest and prosecution in state and federal court for a crime he claims he did not commit. Defendants Michael Scarcella, Joseph Lamassa, Johanne Macayoux, and Richard Boye moved for summary judgment on all claims asserted against them. The Court referred this Motion to Magistrate Judge James Orenstein on December 22, 2010, *see* DE #47, and now has before it Judge Orenstein's Report and Recommendation.

A District Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Wilds v. United Parcel Services, Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (internal citations and quotation marks omitted). Pettus has not filed objections to the R & R. The Court has reviewed the record

and, finding no clear error in Judge Orenstein's Report and Recommendation, hereby adopts it in its entirety.

Defendants Motion for Summary Judgment is granted. The Clerk of Court is directed to enter Judgment accordingly. Moreover, because all other claims in this action have previously been dismissed, the Clerk of Court is directed to close this case.

SO ORDERED.

Dated: Brooklyn, N.Y.
September 23, 2011

/s/
Carol Bagley Amon
Chief United States District Judge