```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LAMONT PETTUS,                                                    JUDGMENT
                                                                  10-CV- 1442 (CBA)
                        Plaintiff,

        -against-
                                                                  FILED
THE CITY OF NEW YORK, JOSEPH LAMASSA,
MARIANNA LOWENFELD, KAREN HILL,
JOHN DOE, JOHANNE MACOYOUX,                                       ☆ SEP 23 2011 ☆
RICHARD M. BOYCE, and MICHAEL SCARCELLA,

                                                                  BROOKLYN OFFICE
                        Defendants.
-----------------------------------------------------------X
```

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 23, 2011, adopting in its entirety the unopposed Report and Recommendation of Magistrate Judge James Orenstein, dated August 23, 2011; granting Defendants' motion for summary judgment; and ordering that because all other claims in the action have previously been dismissed, the Clerk of Court is directed to close the case; it is

ORDERED and ADJUDGED that the Plaintiff take nothing of the Defendants; that the Report and Recommendation of Magistrate Judge James Orenstein is adopted in its entirety; that Defendants' motion for summary judgment is granted; and that because all other claims in this action have previously been dismissed, this case is closed.

Dated: Brooklyn, New York
       September 27, 2011

                                                    s/RCH

                                                    _____
                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court